STATE OF IOWA, Appellant, v. OTTO SCHRECK, Appellee.

No. 45394.

.*Opinion filed December 31, 1940, and appearing in the Iowa Advance Sheets on pages 907 to 908 withdrawn because Rehearing Granted May 16, 1941. Subsequent opinion will appear later in the Iowa Reports. See Rehearing Table in Iowa Advance Sheets.*